OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 The sentence imposed cannot be said to constitute cruel and unusual punishment as applied in light of the decisions of this court in
 
 People v Jones
 
 (39 NY2d 694) and
 
 People v Broadie
 
 (37 NY2d 100, cert den 423 US 950) and of the Supreme Court in
 
 Hutto v Davis
 
 (454 US 370) and
 
 Rummel v Estelle
 
 (445 US 263).
 

 Nor do defendant’s other contentions avail her. The claimed evidentiary errors were not objected to at trial and thus are not preserved for our review. Evidence corroborating an accomplice need only tend to connect the defendant to the crime so as reasonably to satisfy the jury that the accomplice is telling the truth
 
 (People v Glasper,
 
 52 NY2d 970). Here the note in defendant’s possession and her concession that the accomplice returned to the garage and conversed with her while the sale to the undercover officer was being negotiated were sufficient to take the case to the jury.
 

 Chief Judge Cooke and Judges Jasen, Jones, Wachtler, Meyer and Simons concur.
 

 Order affirmed in a memorandum.